Alfred M. Loeser, for plaintiff in error; Edward L. Rybstat, of counsel; Bryant, Colwell, Hwass & Wells, for defendant in error; John M. Bryant and Henry L. Wells, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed November 16, 1949; released for publication December 14, 1949.

## Eusebius James Biggs and James Walsh, Appellants, v. Oscar E. Hewitt, Commissioner of Public Works, Appellee.

### Gen. No. 44,710.

Eusebius J. Biggs, *pro se;* Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed November 16, 1949; rehearing denied November 30, 1949; released for publication December 14, 1949.